■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIOSADADO RODRIGUEZ, Appellant. [680 NYS2d 181] —Judgment

unanimously affirmed. Memorandum: Defendant was convicted following a jury trial of murder in the second degree (Penal Law § 125.25 [1]) arising out of an incident in which defendant fired a single fatal shot at the victim. We reject defendant's contention that County Court erred in admitting evidence of a prior uncharged crime. Proof that defendant previously fired shots at the victim was admissible to establish defendant's intent (*see, People v Alvino,* 71 NY2d 233, 242; *People v Ingram,* 71 NY2d 474, 479; *People v Wright,* 167 AD2d 959, 960, *lv denied* 77 NY2d 845) and "to complete the narrative of events to assist the jury in its comprehension of the crime" (*People v Hamid,* 209 AD2d 716, 717, *lv denied* 87 NY2d 973; *see, People v Till,* 87 NY2d 835, 837). (Appeal from Judgment of Monroe County Court, Connell, J.—Murder, 2nd Degree.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.